JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-06431-MWF (JCGx)**                    Date:   **September 4, 2012**

Title:   U.S. Bank National Ass'n -v- Jirard A. Aguilar, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING ACTION TO STATE COURT

    On August 7, 2012, the Court issued an Order to Show Cause Re: Remand to State Court. (Docket No. 4). The Notice of Removal filed by Defendants (Jirard A. Aguilar, Conrado Santos Aguilar, Jr. and Julie Abuyen Aguilar) had not adequately demonstrated that removal in this case was appropriate. (Docket No. 1). The Order to Show Cause was amended on August 15, 2012, because the Aguilars had not paid the necessary filing fee. (Docket No. 5).

    On August 29, 2012, the Aguilars file a Response. (Docket No. 6). The Response fails to demonstrate that federal subject matter jurisdiction exists in this case. In addition, the Aguilars still have not paid the necessary filing fee.

    Accordingly, this action is REMANDED to California Superior Court.

    IT IS SO ORDERED.